1

UNITED STATES DISTRICT COURT

2                               DISTRICT OF NEVADA

3                                       * * *

4

5

6    THEODORE J. THOMPSON,                      )
                                                )
7                    Plaintiff,                 )        **O R D E R**
                                                )
8    vs.                                        )        2:09-CV-583-PMP-LRL
                                                )
9    JAMES GIBBONS, et al.,                     )
                                                )
10                   Defendants.                )
                                                )
11

12          Plaintiff Theodore J. Thompson having failed to file a timely Response to Defendants'

13   Motion to Dismiss [13], and it further appearing that Defendants are entitled to the relief

14   requested on the merits of their motion,

15          **IT IS ORDERED** that Defendants' Motion to Dismiss [13] is GRANTED and

16   Plaintiff's Complaint is hereby dismissed.

17          DATED: September 2, 2010.

18                                      _____

19

20                                      PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28